# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 799 - 21 | **DATE** | 12/06/07 |
| **CASE TITLE** | USA vs. Joahan Trujillo | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Joahan Trujillo appears in response to arrest on 12/06/07. Defendant informed of his rights. Enter order appointing Gregory T Mitchell of the Federal Defender Program/Panl as counsel for defendnat. Government and defendant agree on certain conditions of release. Defendant is bound to the Northern District of Illinois.

Docketing to mail notices.

00:10

| | | Courtroom Deputy Initials: | LXS |
|---|---|---|---|